Argued and submitted August 11, reversed August 25, 1980

In the Matter of the Compensation of
GAREE,
*Petitioner,*
*v.*
STATE ACCIDENT INSURANCE FUND,
*Respondent.*

(WCB Case No. 79-4192, CA 17514)

615 P2d 421

Brian L. Pocock, Eugene, argued the cause for petitioner. With him on the brief was Velure, Heysell & Pocock, Eugene.

Darrell Bewley, Salem, argued the cause for respondent. With him on the brief were K. R. Maloney and James A. Blevins, State Accident Insurance Fund, Salem.

Before Joseph, Presiding Judge, and Warden and Warren, Judges.

PER CURIAM

**PER CURIAM**

The Workers' Compensation Board's order is reversed and the order of the referee is reinstated. *Moore v. U. S. Plywood Corp.,* 1 Or App 343, 345, 462 P2d 453 (1969); *Hoag v. Duraflake,* 37 Or App 103, 105, 585 P2d 1149, *rev den,* 284 Or 521 (1978).

Reversed.